**ORIGINAL**

FILED IN CHAMBERS
MAR 0 1 2017
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

DANTE ANTIONE ROSSER

**CRIMINAL COMPLAINT**
Case Number: 1:17-MJ-142
**UNDER SEAL**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about February 24, 2017 in Fulton County, in the Northern District of Georgia, defendant(s) did, threaten to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties

in violation of Title 18, United States Code, Section(s) 115(B).

I further state that I am a(n) Special Agent with the United States Capitol Police and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
Lawrence Anyaso

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to before me, and subscribed in my presence

March 1, 2017      @ 2:40 pm                    at    Atlanta, Georgia
Date                                                   City and State

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE                       _____
Name and Title of Judicial Officer                   Signature of Judicial Officer
AUSA Phyllis Clerk

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Lawrence Anyaso, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent (SA) with the United States Capitol Police (the "USCP"), where I have served since June 13, 2003. I am currently assigned to the Investigations Division, Threat Assessment Section. I have attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, and the USCP three-week Crime Scene Investigation course. In the course of my employment as a Special Agent with the USCP, I have received training regarding the application for and execution of both search and arrest warrants. In my current assignment, I have been involved in numerous cases involving harassing and threatening communications, both locally and interstate. Additionally, I have obtained arrest warrants and search warrants related to cases involving harassing and threatening communications.

2.     I have participated in numerous investigations into threats against members of Congress to include violations of Title 18, U.S.C. § Section 115 (B), which provides:

> Whoever, threatens to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties, shall be punished by a fine under this title or imprisonment of not more than 10 years or both; and

Title 18, U.S.C. § 1114, which provides:

> Whoever kills or attempts to kill any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance.

3.      This affidavit is made in support of an application for an arrest warrant for Dante Antoine ROSSER (hereinafter, ROSSER) for threatening to kill A.W. an employee of U.S. Congressman J.L., in violation of Title 18, U.S.C. §115 (B).

4.      The facts and information contained in this affidavit are based upon my training and experience, participation in threats investigations, personal knowledge, and observations during the course of this investigation, as well as the observations of other agents involved in this investigation. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

## PROBABLE CAUSE

5.      Beginning on or January 2016, ROSSER has repeatedly called Congressman J.L's Atlanta office located at 100 Peachtree Street, N.W. Suite 1920, Atlanta, Georgia demanding that Congressman J.L and his staff seek financial reparations on his and his family's behalf. ROSSER has identified himself as Dante Rosser to staff members during his phone calls to Congressman J.L's office.[1]

6.      Several of Congressman J.L's staff members have been harassed by ROSSER in the course of the repeated phone calls.[2]

---

[1] ROSSER has made calls to Congressman I. L's office at least once a week for over six (6) years. However, beginning on or about January 2016, ROSSER's phone calls have increased to multiple calls a day.
[2] ROSSER's comments to staff members have been offensive and increasingly aggressive in nature.

7.      Staff member, District Director A.W. has spoken with ROSSER on multiple occasions requesting that ROSSER cease from calling and harassing staff members.

8.      Additionally, on at least one occasion, ROSSER presented himself at Congressman J. L's office for a scheduled meeting. At this meeting, ROSSER restated his demands regarding financial reparations for himself and his family. [3]

9.      Between the dates of February 22-23, 2017, ROSSER called Congressman J. L's office approximately 46 times.

10.     On February 23, 2017 at approximately 12:24 p.m., USCP's Threat Assessment Section received an email statement from A.W, reporting that he was threatened by ROSSER. Specifically, ROSSER stated to A.W. that "I will blow your head off." "You're dead." "You're dead." Additionally, ROSSER stated that A.W. and other staff members should be concerned for their safety because "they have to leave the office."

11.     Congressman J. L's office provided phone number 678-668-xxxx associated with ROSSER's harassing and threatening telephone calls.

12.     On or about February 24, 2017, your affiant obtained subscriber information, call detail and cell site records for phone number 678-668-xxxx. 678-668-xxxx is subscribed to Dante Antione ROSSER since January 2015. The address associated with ROSSER's cell phone account is 150 Peyton PL., SW, Atlanta, GA 30311.

13.     A review of call detail records for phone number 678-668-xxxx confirm that between the dates of February 22-23, 2017, ROSSER made 46 calls to Congressman J. L's office.

---

[3] ROSSER visited the Congressman J. L's office between 2015-2016. A.W. and other staff members confirm that the the voice of person who presented himself as ROSSER matches the voice of the person who has called the office harassing the staff.

Moreover, between the hours of 9:11 a.m. and 10:01 a.m., ROSSER called the office nine (9) times.

14. On or about February 24, 2017, your affiant spoke with A.W. regarding ROSSER's threats.[4] A.W. and staff members expressed "grave" concerns for their safety given the fact that ROSSER had visited their office on a prior occasion.

15. On February 28, 2017, FBI Atlanta interviewed ROSSER at his residence located at 150 Peyton Place, SW, Atlanta, Georgia 30311. ROSSER provided his cellular telephone number as 678- 668-xxxx. ROSSER admitted to calling and speaking with A.W. last week, either Thursday, February 23, 2017, or Friday February 24, 2017. ROSSER advised that he usually places calls to A.W., or the Congressional office associated with A.W. every day between Sunday and Friday.

16. Based on upon the foregoing, Your Affiant submits there is probable cause to believe that on or about February 23, 2017, ROSSER threatened to kill A.W., an employee of a United States Official, in violation of Title, United States Code, § 115(B).

---

[4] Additionally, on February 22, 2017, ROSSER called the office and stated to staff member R.O. that he was "going to splatter their heads all over the ground."