

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 2 8 2017

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANTE ANTIONE ROSSER | Criminal Indictment<br><br>No. 1 17-CR-120 |

THE GRAND JURY CHARGES THAT:

On or about February 23, 2017, in the Northern District of Georgia, the defendant, DANTE ANTIONE ROSSER, did threaten to assault and murder a federal official, within the meaning of 18 U.S.C. § 1114, to wit, a U.S. Congressional employee, A.W., with intent to impede, intimidate and interfere with A.W., while A.W. was engaged in and on account of the performance of A.W.'s official duties and with intent to retaliate against A.W., all in violation of Title 18 U.S.C. § 115(a)(1)(B).

A _____True_____ BILL

_____
FOREPERSON

JOHN A. HORN
United States Attorney

PHYLLIS CLERK
Assistant United States Attorney
Georgia Bar No. 095325
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6254