U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 28 2017

James N. Hatten, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2017R00180)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO. **1 17-CR-120** |
| | MAGISTRATE CASE NO. 1:17-MJ-142 |

| | | |
|---|---|---|
| X Indictment | Information | X Magistrate's Complaint |
| DATE: March 28, 2017 | DATE: | DATE: March 1, 2017 |

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>DANTE ANTIONE ROSSER | SUPERSEDING INDICTMENT<br>Prior Case Number:<br>Date Filed: |

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On this charge
Is the defendant awaiting trial on other charges?   Yes   X No
   Other charges:
   Name of institution:

Will the defendant require an interpreter?   Yes   X No

District Judge:
Magistrate Judge:

Attorney: Phyllis Clerk
Defense Attorney: Nicole Kaplan