IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| | : | CRIMINAL CASE NO. |
| v. | : | 1:17-CR-120-SCJ |
| | : | |
| DANTE ANTOINE ROSSER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

This matter appears before the Court on the Final Report and Recommendation issued by the Honorable Alan J. Baverman, United States Magistrate (Doc. No. [26]), to which no objections have been filed.

After reviewing the Report and Recommendation (Doc. No. [26]), it is received with approval and adopted as the Order of this Court. The Court concludes that Defendant Rosser is competent to proceed. The Court finds by preponderance of the evidence for the reasons contained in the uncontradicted evidence, that Defendant Rosser is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED,** this 29th day of August, 2017.

> s/Steve C. Jones
> HONORABLE STEVE C. JONES
> UNITED STATES DISTRICT JUDGE